# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88647390**
**Filing Date: 10/09/2019**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88647390 |
| **MARK INFORMATION** | |
| *MARK | THE LITTLETON GROUP |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | THE LITTLETON GROUP |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Littleton Group Western Division, Inc. |
| *STREET | 1250 S CAPITAL OF TEXAS HWY, BLDG 1 |
| *CITY | WEST LAKE HILLS |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 78746 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Texas |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/00/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/00/1999 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\886\473\88647390\xml1\ RFA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\886\473\88647390\xml1\ RFA0004.JPG |
| **SPECIMEN DESCRIPTION** | screenshot from Applicant's website advertising the applied-for services and a screenshot from Applicant's website advertising assorted Class 35 personnel staffing services and providing means for client to contact Applicant to obtain services |
| **INTERNATIONAL CLASS** | 036 |
| ***IDENTIFICATION** | Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/00/1999 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/00/1999 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\886\473\88647390\xml1\ RFA0005.JPG |
| **SPECIMEN DESCRIPTION** | screenshot from Applicant's website advertising assorted Class 36 insurance services and providing means for client to contact Applicant to obtain services |
| **ATTORNEY INFORMATION** | |
| **NAME** | Joshua M. Gerben, Esq. |
| **ATTORNEY DOCKET NUMBER** | 08050-0001 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Gerben Law Firm, PLLC |
| **INTERNAL ADDRESS** | Suite 500 |
| **STREET** | 1050 Connecticut Ave. NW |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20036 |
| **EMAIL ADDRESS** | jgerben@gerbenlawfirm.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

| | |
|---|---|
| **OTHER APPOINTED ATTORNEY** | Eric Perrott, Esq., Christian Sado, Esq. |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Joshua M. Gerben, Esq. |
| **FIRM NAME** | Gerben Law Firm, PLLC |
| **INTERNAL ADDRESS** | Suite 500 |
| **STREET** | 1050 Connecticut Ave. NW |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20036 |
| ***EMAIL ADDRESS** | jgerben@gerbenlawfirm.com; eperrott@gerbenlawfirm.com; csado@gerbenlawfirm.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 550 |
| ***TOTAL FEE PAID** | 550 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /steve streetman/ |
| **SIGNATORY'S NAME** | Steve Streetman |
| **SIGNATORY'S POSITION** | Chief Executive Officer |
| **DATE SIGNED** | 10/07/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

Serial Number: 88647390
Filing Date: 10/09/2019

### To the Commissioner for Trademarks:

**MARK:** THE LITTLETON GROUP (Standard Characters, see mark)
The literal element of the mark consists of THE LITTLETON GROUP. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, The Littleton Group Western Division, Inc., a corporation of Texas, having an address of
   1250 S CAPITAL OF TEXAS HWY, BLDG 1
   WEST LAKE HILLS, Texas 78746
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/00/1999, and first used in commerce at least as early as 03/00/1999, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshot from Applicant's website advertising the applied-for services and a screenshot from Applicant's website advertising assorted Class 35 personnel staffing services and providing means for client to contact Applicant to obtain services.
Specimen File1
Specimen File2

International Class 036: Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/00/1999, and first used in commerce at least as early as 03/00/1999, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshot from Applicant's website advertising assorted Class 36 insurance services and providing means for client to contact Applicant to obtain services.
Specimen File1


The applicant hereby appoints Joshua M. Gerben, Esq.. Other appointed attorneys are Eric Perrott, Esq., Christian Sado, Esq.. Joshua M. Gerben, Esq. of Gerben Law Firm, PLLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
   Suite 500
   1050 Connecticut Ave. NW
   Washington, District of Columbia 20036
   United States
   jgerben@gerbenlawfirm.com (authorized).
The attorney docket/reference number is 08050-0001.
Joshua M. Gerben, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest

court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    Joshua M. Gerben, Esq.

    Gerben Law Firm, PLLC

    Suite 500
    1050 Connecticut Ave. NW

    Washington, District of Columbia 20036

    jgerben@gerbenlawfirm.com; eperrott@gerbenlawfirm.com; csado@gerbenlawfirm.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /steve streetman/   Date: 10/07/2019
Signatory's Name: Steve Streetman
Signatory's Position: Chief Executive Officer
Payment Sale Number: 88647390
Payment Accounting Date: 10/09/2019

Serial Number: 88647390
Internet Transmission Date: Wed Oct 09 10:12:15 EDT 2019
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XXX-20191009101215
456665-88647390-610a34269d994a27ff93c85c
d34413292f6d92b4d2884b175c75fcff8f0ec8f6
b-CC-12143260-20191003151031427005

# THE LITTLETON GROUP



## Premier Global Leader of Claims Services

Leading provider of nationwide Third-Party Claims Administration, Independent Adjusting Services and Catastrophe Services.

Our pledge is to provide you with quality insurance claim services that are professional, accurate and expeditious, with a program geared to your specifications.

### JOIN OUR TEAM

At The Littleton Group we work hard to ensure we exceed our client's expectations and achieve our goals while maintaining a positive, team oriented work environment. If you are looking to make a positive career change, please contact us about our current openings.

APPLY TODAY

### NEED HELP WITH A CLAIM

The Littleton Group provides all levels of service from limited task assignments to comprehensive claims handling. Additionally, we offer competitive pricing with aggressive claims adjudication geared toward prompt resolution. Please click the button below to submit the claim assignment to us.

CLICK HERE



#### INDEPENDENT CLAIMS SERVICES

The Littleton Group has over 22 individual office locations throughout Texas, New Mexico and Arkansas and a network of adjusters throughout the United States. If you need assistance with a claim, please contact us and we will ensure your claim needs are met.



#### THIRD PARTY ADMINISTRATION

The Littleton Group provides TPA claims services for multiple lines of business throughout the United States and its territories. If you are looking for a TPA to help transform your current program or launching a new program, Littleton is here to help.



#### CATASTROPHE SERVICES

Littleton provides nationwide adjusting services for all types of residential and commercial property. Our adjusters are skilled in wind, hail, earthquake, fire and flood losses and are ready to assist at a moment's notice. Please contact us and we will work with you to provide the CAT solution for your needs.



#### LLOYD'S OF LONDON

The Littleton Group has been servicing the Lloyd's of London market on a daily basis for over 40 years. We provide best in class claims handling for commercial, residential and multi-use property, dealers open lot, commercial transportation, motor truck cargo, auto physical damage and general liability claims. If you are looking to transform your current program or launch a new one, please contact us and we can schedule a meeting.



#### TEMPORARY AND PROJECT STAFFING

If you are looking for assistance with temporary or project staffing to meet your insurance claims needs, Littleton is here to help. We have a strong recruitment pipeline and network of adjusters that can meet the needs of any client. Please contact us to schedule an introductory call.



# Temporary and Project Staffing

The Littleton Group offers quality claims related temporary and project staffing solutions for insurance organizations across the country. We are experienced in quickly recruiting highly skilled property and casualty insurance professionals to fill a diverse range of needs required by our clients. Our rates are very competitive and can be provided on a daily or hourly basis. Additionally, all temporary and project staffing clients will be provided an account manager who will be available at any time to facilitate any needs as requested. Our staffing solutions include the following areas of emphasis:

- **Temporary Staffing** – We provide temporary staffing services for a wide range of circumstances, which may include rapid growth, employee turnover, a catastrophe setting, etc.  We specialize in recruiting experienced insurance adjusters in the fields of auto (personal & commercial), property (residential & commercial), general liability and workers' compensation.  Most commonly, the temporary insurance professionals are placed and trained at our client's office, but we can also arrange an interim work space for the temporary staff. If the client wishes to retain the services of a temporary employee for the long term, we can provide a temp to hire option as well. We are flexible in providing staffing solutions that cater to the needs of our clients. If you are interested in having The Littleton Group assist with your staffing needs, please do not hesitate to reach out to us.

- **Project Staffing** – Our project staffing service provides a bespoke product for our clients attempting to accomplish specific goals within their organization. We will consult and work with our client in order to develop a project plan that offers strategic staffing to achieve their target objectives. For more information relating to our project staffing, please contact us to schedule an introductory call.

For more information, please contact:

The Littleton Group : Kyle Streetman
kstreetman@littletongroup.com
Telephone: 1-512-600-4501   |   Fax: 1-512-600-4499

© 2018 THE LITTLETON GROUP | ALL RIGHTS RESERVED | AUSTIN, TX

3:09:47 PM 10/3/2019                                        https://www.littletongroup.com/services/temporary-project-staffing/



With 22 individual office locations, The Littleton Group offers the most comprehensive territorial coverage for independent adjusting services throughout the states of Texas, New Mexico and Arkansas.

With an average adjuster experience level of 19 years and turnover at less than 3%, The Littleton Group ensures a level of expertise unrivaled in the industry. Unlike many of our competitors, our independent adjusters are full time employees and not independent contractors, which allows for a more reliable and professional product.

We provide all levels of service from limited task assignments to comprehensive claims handling. Additionally, we offer competitive pricing with aggressive claims adjudication geared toward prompt resolution. Our reporting is expeditious and thorough, while keeping our clients current on new claims developments. The list below provides a brief overview of our areas of expertise;

- Casualty
- Property
- General Liability
- Professional Liability
- Workers' Compensation

- Non-subscription ERISA employer plans
- Marine Liability
- Appraisals
- Catastrophe
- Automobile Physical Damage

- Fire & Allied Lines
- Mobile Homes
- Truck & Heavy Equipment
- Transportation

If you wish to submit a new independent adjusting assignment, please CLICK HERE. Additionally, if you have any questions relating to our independent adjusting service, please do hesitate to call us at 1-877-467-1757

The Littleton Group also offers 24-hour emergency services for commercial trucking related accidents. For assistance with a commercial trucking related loss outside of normal business hours, please contact us at 1 1-800-404-2908 and we will provide you with immediate assistance.