# EXHIBIT B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88647390 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION** | |
| MARK | [mark](mark) |
| LITERAL ELEMENT | THE LITTLETON GROUP |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | The Littleton Group Western Division, Inc. |
| MAILING ADDRESS | 1250 S CAPITAL OF TEXAS HWY, BLDG 1 |
| CITY | WEST LAKE HILLS |
| STATE | Texas |
| ZIP/POSTAL CODE | 78746 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | The Littleton Group Western Division, Inc. |
| MAILING ADDRESS | 1250 S CAPITAL OF TEXAS HWY, BLDG 1 |
| CITY | WEST LAKE HILLS |
| STATE | Texas |
| ZIP/POSTAL CODE | 78746 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **GOODS AND/OR SERVICES SECTION (035) (current)** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | |
| Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance | |
| FILING BASIS | Section 1(a) |
|     FIRST USE ANYWHERE DATE | At least as early as 03/00/1999 |

| FIRST USE IN COMMERCE DATE | At least as early as 03/00/1999 |

### GOODS AND/OR SERVICES SECTION (035) (proposed)

| INTERNATIONAL CLASS | 035 |

**TRACKED TEXT DESCRIPTION**

Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance; <u>Providing statistical evaluation of insurance claims performance measures for others</u>

**FINAL DESCRIPTION**

Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others

| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/00/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/00/1999 |

### GOODS AND/OR SERVICES SECTION (036) (current)

| INTERNATIONAL CLASS | 036 |

**DESCRIPTION**

Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others

| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/00/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/00/1999 |

### GOODS AND/OR SERVICES SECTION (036) (proposed)

| INTERNATIONAL CLASS | 036 |

**TRACKED TEXT DESCRIPTION**

Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; ~~Providing statistical evaluation of insurance claims performance measures for others~~; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others

**FINAL DESCRIPTION**

Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others

| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/00/1999 |

| FIRST USE IN COMMERCE DATE | At least as early as 03/00/1999 |
|---|---|
| **ADDITIONAL STATEMENTS SECTION** | |
| SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | JOSHUA M. GERBEN, ESQ. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | jgerben@gerbenlawfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | eperrott@gerbenlawfirm.com; csado@gerbenlawfirm.com |
| DOCKET/REFERENCE NUMBER | 08050-0001 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Joshua M. Gerben, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | jgerben@gerbenlawfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | eperrott@gerbenlawfirm.com; csado@gerbenlawfirm.com; dheard@gerbenlawfirm.com; filings@gerbenlawfirm.com |
| DOCKET/REFERENCE NUMBER | 08050-0001 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Steve Streetman/ |
| SIGNATORY'S NAME | Steve Streetman |
| SIGNATORY'S POSITION | Chief Executive Officer |
| DATE SIGNED | 02/27/2020 |
| RESPONSE SIGNATURE | /Joshua Gerben/ |
| SIGNATORY'S NAME | Joshua Gerben, Esq. |
| SIGNATORY'S POSITION | Attorney of record, Virginia bar member |
| DATE SIGNED | 02/28/2020 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Feb 28 14:09:11 ET 2020 |
| TEAS STAMP | USPTO/ROA-XX.XX.XX.XXX-20 200228140911413304-886473 90-710278d4cdf95e0257ab05 2f985f996e4d4de08c1b53325 793d1eeb3c35e2033-N/A-N/A -20200224084227194199 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **88647390** THE LITTLETON GROUP(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88647390/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 035 for Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/00/1999 and first used in commerce at least as early as 03/00/1999 , and is now in use in such commerce.

**Proposed:**

**Tracked Text Description:** Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others

Class 035 for Professional staffing services; Temporary personnel services; Temporary employment agencies; Employment staffing in the field of insurance; Employment agency services, namely, temporary placement of insurance professionals; Employment agency services, namely, filling the temporary and project staffing needs of businesses; Recruitment and placement of personnel in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/00/1999 and first used in commerce at least as early as 03/00/1999 , and is now in use in such commerce.
**Applicant proposes to amend the following:**

**Current:**
Class 036 for Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/00/1999 and first used in commerce at least as early as 03/00/1999 , and is now in use in such commerce.

**Proposed:**

**Tracked Text Description:** Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Providing statistical evaluation of insurance claims performance measures for others; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others

Class 036 for Insurance administration; Insurance claims administration; Insurance claims processing; Insurance subrogation; Insurance information; Insurance consultancy services, namely, providing advice in the field of property and casualty insurance; Insurance risk management; Assessing insurance claims; Insurance administration services, namely, assisting others with adjusting insurance claims; Claims adjustment in the field of insurance; Appraisals for insurance claims of personal property; Appraisals for insurance claims of real estate; Electronic processing of insurance claims and payment data; Reimbursement payment processing in the field of insurance claims; Insurance services in the nature of loss control management for others
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is

using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/00/1999 and first used in commerce at least as early as 03/00/1999 , and is now in use in such commerce.

**OWNER AND/OR ENTITY INFORMATION**
**Applicant proposes to amend the following:**
**Current:** The Littleton Group Western Division, Inc., a corporation of Texas, having an address of
   1250 S CAPITAL OF TEXAS HWY, BLDG 1
   WEST LAKE HILLS, Texas 78746
   United States

**Proposed:** The Littleton Group Western Division, Inc., a corporation of Texas, having an address of
   1250 S CAPITAL OF TEXAS HWY, BLDG 1
   WEST LAKE HILLS, Texas 78746
   United States
   Email Address: XXXX

**ADDITIONAL STATEMENTS**
**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.


**Correspondence Information (current):**
   JOSHUA M. GERBEN, ESQ.
   PRIMARY EMAIL FOR CORRESPONDENCE: jgerben@gerbenlawfirm.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): eperrott@gerbenlawfirm.com; csado@gerbenlawfirm.com

The docket/reference number is 08050-0001.

**Correspondence Information (proposed):**
   Joshua M. Gerben, Esq.
   PRIMARY EMAIL FOR CORRESPONDENCE: jgerben@gerbenlawfirm.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): eperrott@gerbenlawfirm.com; csado@gerbenlawfirm.com; dheard@gerbenlawfirm.com; filings@gerbenlawfirm.com

The docket/reference number is 08050-0001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce,**

either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Steve Streetman/     Date: 02/27/2020
Signatory's Name: Steve Streetman
Signatory's Position: Chief Executive Officer

**Response Signature**
Signature: /Joshua Gerben/     Date: 02/28/2020
Signatory's Name: Joshua Gerben, Esq.
Signatory's Position: Attorney of record, Virginia bar member

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    JOSHUA M. GERBEN, ESQ.
   GERBEN LAW FIRM, PLLC
   SUITE 500
   1050 CONNECTICUT AVE. NW
   WASHINGTON, District of Columbia 20036
Mailing Address:    Joshua M. Gerben, Esq.
   GERBEN LAW FIRM, PLLC
   SUITE 500
   1050 CONNECTICUT AVE. NW
   WASHINGTON, District of Columbia 20036

Serial Number: 88647390
Internet Transmission Date: Fri Feb 28 14:09:11 ET 2020
TEAS Stamp: USPTO/ROA-XX.XX.XX.XXX-20200228140911413
304-88647390-710278d4cdf95e0257ab052f985
f996e4d4de08c1b53325793d1eeb3c35e2033-N/
A-N/A-20200224084227194199