# EXHIBIT C



# The Littleton Group
## Insurance Services
### Claims / Risk Services
STEVE A. STREETMAN
CHIEF EXECUTIVE OFFICER

December 28, 2017

Littleton Claims Service, Inc.
32 W. Nebraska Street, Unit 1B
Frankfort, IL 60423

Gentlemen / Ladies:

Over the past few years it has been brought to my attention by some of our clients that they have inadvertently sent assignments to you when they thought they were reporting them to our firm. It was clear from the assignments they were not meant to be received by your firm, but you retained them anyway, or they were reassigned to us after they realized the error. This is simply unprofessional and unethical. It has also been brought to my attention that your logo and colors displayed on your website have become remarkably similar to ours. This, coupled with a similar firm name, appears to be a conscience effort to create the perception that you are in fact "The Littleton Group."

I am informing you that we expect any assignments or client correspondence that was intended to be received by our firm to be forward to us, or simply returned to our client. Your actions in the past has created inconvenience to our clients and again, this is unprofessional and unethical. Also, if we erroneously receive any assignment or correspondence that should have been directed to your company (which has never occurred, nor do I expect it will), we will immediately forward it to you or return it to your client.

Finally, if this activity continues in the future we will take appropriate legal action to address this behavior; however, I am confident this letter will resolve this matter.

Sincerely,

The Littleton Group

Steve A. Streetman, President

---

The Littleton Group - Western Division, Inc.
1250 S. Capital of Texas Hwy ▼ Bldg 1, Suite 550 ▼ P.O. Box 163627 ▼ Austin, Texas 78716-3627
www.littletongroup.com ▼ Direct Line (512) 600-4500
24 Hour Claims Service ▼ Main Line (512) 328-4447 ▼ FAX (512) 328-2017